FILED

CLERK, U.S. DISTRICT COURT

4/26/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____EC_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Stacey Lee,

      Plaintiff,

   vs.

National Credit Adjusters, LLC

      Defendant(s).

Case No.:5:26-cv-01334-SSS-DTB

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant National Credit Adjusters, LLC have reached settlement agreement and need approximately thirty (30) days to fulfill the settlement terms. May the Court so enter on Order holding these proceedings in abeyance for thirty (30) days to allow the party to submit closing documents.

Respectfully Submitted,

Dated: April 27, 2026

Plaintiff in Pro Se

Form prepared by Public Counsel.
© 2012, 2014, 2023 Public Counsel.
All rights reserved.
Revised: October 2023

_____
(page number)

_____
(title of pleading)